No. 658. Jeskowitz *v.* Carter, Trustee in Bankruptcy. December 11, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Archibald Palmer* for petitioner. *Messrs. Joseph Glass* and *Albert Parker* for respondent.

No. 594. Blount *v.* Gill, Successor to Huff, Superintendent. December 11, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. W. Hobart Little* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Miss Beatrice Rosenberg* for respondent.

No. 602. Meyer *v.* California et al. December 11, 1944. Petition for writ of certiorari to the Supreme Court of California and for other relief is denied.

No. 642. Hambrick *v.* Tennessee. December 11, 1944. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mr. Whitworth Stokes* for petitioner. *Messrs. Roy H. Beeler,* Attorney General of Tennessee, and *Nat Tipton* for respondent.

No. —. Latimer *v.* Webb, Superintendent. See *ante,* p. 678.

No. 417. Jones et al. *v.* Watts, District Clerk, et al. December 18, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.